UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:                                                                  CASE NO:

**JOHN K. YATES**                                  07-00903-5-JRL
Debtor                                                        Chapter 7

### Report of Small Dividends Under
### Bankruptcy Rule 3010

Under Bankruptcy Rule 3010, Small Dividends and Payments in Chapter 7 Liquidation, no dividend in an amount less than $5 shall be distributed to any creditor unless authorized by local rule or order of the court. A list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim No. | Name and Last Known Address of Claimant | Amount of Dividend |
|---|---|---|
| | SEE ATTACHED LISTING | |
| | | $5.13 |

Dated: February 25, 2011

                                           /s/ Walter L. Hinson
                                           Walter L. Hinson, Trustee
                                           State Bar No: 5664
                                           WALTER L. HINSON, P.A.
                                           P.O. Box 7479
                                           Wilson, NC 27895-7479
                                           Telephone (252) 291-1746
                                           Telecopier (252) 291-2521

Attachment: 1 Check

Date: 02/25/11

Page: 1

## DIVIDENDS REMITTED TO THE COURT

Check Number 1010 Dated 02/25/11

Case Number 07-00903-8-JRL - YATES, JOHN K.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Altec Industries, Inc.<br>Attn: Managing Agent<br>PO Box 11407<br>Birmingham, AL 35246-0414 | 000004 | 2,521.96 | 0.64 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>    (5-1) LOWES CONSUMER | 000005 | 973.66 | 0.24 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000006 | 11,143.57 | 2.81 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000007 | 5,726.72 | 1.44 |
| ---------- Remittance Total ---------- | | 20,365.91 | 5.13 |

WALTER L. HINSON, CHAPTER 7 TRUSTEE

COURT1

Printed: 02/25/11 01:11 PM   Ver: 16.01c

## CERTIFICATE OF SERVICE

I, Ann B. Hinson, of the law firm of Hinson & Rhyne, P.A., of P. O. Box 7479, Wilson, North Carolina, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age.

That on _February 25, 2011____, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. By filing the pleading using the CM/ECF system, the parties listed below will either receive notification of such filing by way of CM/ECF or by depositing copies thereof in the United States mail, first class mail, postage prepaid, an envelope addressed as shown below.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2011

/s/ Ann B. Hinson
Ann B. Hinson, Paralegal
Hinson & Rhyne, P.A.
P. O. Box 7479
Wilson, NC  27895-7479
(252) 291-1746

RECIPIENTS:

Bankruptcy Administrator
P.O. Box 3758
Wilson, NC 27895